UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60999-CIV-COHN

MARCELLO BUDAL ARINS,

Magistrate Judge White

    Petitioner,

vs.

WALTER A. McNEIL,

    Respondent.
_____/



## FINAL JUDGMENT

**THIS CAUSE** is before the Court upon the Court's Order Adopting Report and Recommendation and Overruling Objections. It is thereupon

**ORDERED AND ADJUDGED** as follows:

1.     Marcello Arins' Petition filed pursuant to 28 U.S.C. §2254 [DE 1] is **DENIED**.

2.     The Clerk shall close this case and deny all pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 2nd day of June, 2008.

                                                      JAMES I. COHN
                                                      UNITED STATES DISTRICT JUDGE

copies to:
All counsel of record

Marcello B. Arins, pro se
DC # - L 29001
Union Correctional Institution
7819 NW 228th St.
Raiford, FL 32026-4170